IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WASHINGTON STATE BANK**                                                                                    **PLAINTIFF**

**VS**                                                    **CIVIL ACTION NO. 3:11-CV-00398-HTW-LRA**

**BEN O. TURNAGE**                                                                                           **DEFENDANT**

## ORDER

Came this day before the Court, Ben O. Turnage (hereafter "Turnage") presenting his Unopposed Motion for Substitution of Counsel, substituting Michael A. Heilman of Heilman Law Group, for E. Stephen Williams and Robert E. Sanders of the firm YoungWilliams P.A. The Court is advised that Plaintiff has no opposition to the filing of this substitution, and the Court deems that unopposed Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED that Michael A. Heilman, Esquire, of Heilman Law Group be substituted for E. Stephen Williams and Robert E. Sanders, of YoungWilliams, P.A. as counsel for the Defendant, Ben O Turnage. E. Stephen Williams and Robert E. Sanders are permitted to withdraw as counsel.

Signed this the 7th day of October, 2011.

UNITED STATES MAGISTRATE JUDGE

PREPARED BY:

/s Michael A. Heilman
Michael A. Heilman, (MSB No. 2223)
Heilman Law Group, P.A.
111 East Capitol Street, Suite 250
Jackson, Mississippi 39201
Telephone: (601) 914-1025