**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

WASHINGTON STATE BANK                                                              PLAINTIFF

vs.                                              Civil Action No. 3:11-cv398HTW-LRA

BEN O. TURNAGE                                                             DEFENDANT

**ADMINISTRATIVE ORDER DISMISSING ACTION
BY REASON OF BANKRUPTCY PENDING**

The court has received notice of bankruptcy proceedings instituted by defendant Ben O. Turnage.  Therefore, it is not necessary that this action remain upon the pending docket of this court.

IT IS, THEREFORE, ORDERED that this action is dismissed without prejudice, and the court retains complete jurisdiction to vacate this order and to reopen the action upon motion of the parties advising that the bankruptcy proceedings have been closed and that further litigation in this court is necessary.

**SO ORDERED AND ADJUDGED, this the 16th day of June, 2014.**

                                                   **s/ HENRY T. WINGATE
                                                   UNITED STATES DISTRICT JUDGE**